# Order

Michigan Supreme Court
Lansing, Michigan

June 12, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

150936

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v                                              SC: 150936
                                               COA: 317206
                                               Kent CC: 12-009542-FH
CHRISTOPHER LEE JOHNSON,
        Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the January 15, 2015 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we VACATE that part of the Court of Appeals judgment discussing the admissibility of prior act evidence under MRE 404(b)(1) and the prosecution's alleged failure to comply with MRE 404(b)(2). We agree with the Court of Appeals, however, that to the extent there was any plain error in the admission of this challenged evidence under MRE 404(b), it did not require reversal because the other evidence of the defendant's guilt was overwhelming. See *People v Carines*, 460 Mich 750, 763-764 (1999). In all other respects, leave to appeal is DENIED, because we are not persuaded that the remaining question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 12, 2015



a0609

Clerk